# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2225

_____

| | | |
|---|---|---|
| Brian True, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Nebraska; Robert Houston, | * | |
| Director, Department of Correctional | * | Appeal from the United States |
| Services, an Agency of the State of | * | District Court for the |
| Nebraska; Diane Sabatka-Rine, | * | District of Nebraska. |
| Warden, Lincoln Correctional Center; | * | |
| Robert Madsen, Deputy Warden, | * | [UNPUBLISHED] |
| Lincoln Correctional Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 23, 2011
Filed: October 12, 2011

_____

Before LOKEN, GRUENDER and BENTON, Circuit Judges.

_____

PER CURIAM.

After a non-jury trial, the district court[1] dismissed Brian L. True's suit for violation of his Fourth Amendment rights. *True v. Nebraska*, 2011 WL 1791353 (D.Neb. May 11, 2011), *remanded by* 612 F. 3d 676, 683 n.5 (8th Cir. 2010). The

_____

[1]The Honorable Joseph F. Bataillon, Chief United States District Judge for the District of Nebraska.

district court specifically found that community custody inmates "have unsupervised access to the [prison] parking lot," and thus the random search of True's vehicle was reasonable "to keep contraband out of the institution." True appeals.

The judgment of the district court is based on findings of fact that are not clearly erroneous, and no error of law appears.

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____